# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FIALKOWSKI, and MIGDALIA FIALKOWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>GRANT & WEBER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:11-cv-01989-AWI-SKO<br><br>**ORDER REQUIRING STATUS REPORT AND STATUS CONFERENCE** |

    On December 1, 2011, Plaintiffs Richard Fialkowski and Migdalia Fialkowski ("Plaintiffs") filed suit against Defendant Grant & Weber ("Defendant"). (Doc. 1.) On December 2, 2011, the Court issued new civil case documents and ordered that a scheduling conference be held on April 5, 2012. (Doc. 5.) On December 15, 2011, Plaintiffs filed an executed summons indicating that Defendant was served on December 9, 2011. (Doc. 7.)

    On March 9, 2012, the Court issued a minute order noting that, although Defendant was served on December 9, 2011, no response to the complaint was filed and Plaintiff had not elected to file a request for entry of default against Defendant. In light of the posture of the case, the Court ordered that the scheduling conference set for April 5, 2012, be continued to May 8, 2012, to allow Plaintiffs additional time to determine how they wished to proceed in the case. The Court also ordered that, to the extent that Plaintiffs wished to seek default judgment against Defendant, such

1  a motion should be filed no later than April 25, 2012.  (Doc. 8.)

2      Plaintiffs have not filed a request for entry of default or a motion for default judgment; nor
3  have they filed the status report that is required for purposes of the May 8, 2012, scheduling
4  conference.

5      Accordingly, IT IS HEREBY ORDERED that:

6      1. **On or before May 4, 2012,** Plaintiffs shall file a status report indicating the status
7         of the case and how Plaintiffs plan to proceed;

8      2. The Scheduling Conference set for May 8, 2012, at 10:00 a.m. in Courtroom 7 shall
9         remain on calendar, but it shall be conducted as a status conference as Defendant has
10        not appeared in the action; and

11     3. Failure to comply with this order may result in the imposition of sanctions against
12        both Plaintiffs and Plaintiffs' counsel, which may include dismissal of the action.

14 IT IS SO ORDERED.

15 **Dated:   May 2, 2012**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE