UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD FIALKOWSKI and MIGDALIA FIALKOWSKI, | ) ) ) ) | 1:11-CV-01989-AWI-SKO |
| Plaintiffs, | ) ) ) | **ORDER DISMISSING ACTION** |
| v. | ) ) | |
| GRANT & WEBER, | ) ) | |
| Defendants. | ) ) ) | |

      Pursuant to the notice of voluntary dismissal filed May 8, 2012 pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

Dated: _____ August 10, 2012 _____ _____

CHIEF UNITED STATES DISTRICT JUDGE